

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

February 19, 2020

**VIA ECF & EMAIL (Torres_NYSDChambers@nysd.uscourts.gov)**
Hon. Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007

  Re: ***Deleston v. Fannin & Rusk Associates, L.P.***
    **Civil Action No.: 1:20-cv-00662-AT (S.D.N.Y.)**

Dear Judge Torres:

  Seyfarth Shaw represents Defendant Fannin & Rusk Associates, L.P. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of time for Defendant to respond to the Complaint by thirty (30) days, up to and including March 20, 2020. This letter is the first request for an extension of the responsive pleading deadline.

  By way of background, Plaintiff commenced this action on January 24, 2020. (ECF No. 1.) Defendant was served with the Complaint on January 29, 2020. (ECF No. 7.) Accordingly, Defendant's responsive pleading is presently due on February 19, 2020.

  Defendant is requesting an extension of the responsive pleading deadline to provide its newly retained counsel with time to investigate the allegations in the Complaint. Defendant also wishes to discuss a potential non-litigated resolution with Plaintiff, and intends to use the additional time to explore whether a settlement may be possible. Defendant apologizes for the delay in submitting this request for an extension, as it just retained the undersigned counsel in this matter. Counsel for Defendant has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

  This application is being made in good faith and not to cause undue delay, and will not affect any other scheduled dates. We thank the Court in advance for its time and attention to this matter.

61892885v.1



        Respectfully submitted,

        SEYFARTH SHAW LLP

        */s/ Samuel Sverdlov*

        Samuel Sverdlov

cc:    All counsel of record (via ECF)

GRANTED. By **March 20, 2020**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: February 28, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge