USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/14/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

FANNIN & RUSK ASSOCIATES, L.P. d/b/a Club Quarters Hotel, a Texas limited partnership,

                Defendant.

20 Civ. 662 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' joint motion for an extension of time to file a motion to reopen in order to finalize settlement, ECF No. 14, is GRANTED. Any application to reopen must be filed by **June 15, 2020**; any application to reopen filed thereafter may be denied solely on that basis.

    The Clerk of Court is directed to terminate the motion at ECF No. 14.

    SO ORDERED.

Dated: April 14, 2020
       New York, New York

                                    ANALISA TORRES
                              United States District Judge