```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/4/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,
*on behalf of himself, and all others
similarly situated,*

              Plaintiff,

    v.

FANNIN & RUSK ASSOCIATES, L.P. d/b/a Club Quarters Hotel,
*a Texas limited partnership,*

             Defendant.

Case No. 1:20-cv-00662-AT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JERMAINE DELESTON ("Plaintiff") and FANNIN & RUSK ASSOCIATES, L.P. d/b/a Club Quarters Hotel., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 29, 2020

BASHIAN & PAPANTONIOU, P.C.

By: _____
Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
Email: eb@bashpaplaw.com

SEYFARTH SHAW LLP

By: _____
Samuel L. Sverdlov, Esq.
*Attorneys for Defendant*
620 Eighth Avenue
New York, New York 10018
Email: ssverdlov@seyfarth.com

**SO ORDERED:**

_____
ANALISA TORRES
United States District Judge

June 4, 2020
    New York, New York